DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

REGINALD BERNARD NELSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2256

_____

February 28, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michael S. Williams, Judge.

Reginald Bernard Nelson, pro se.

PER CURIAM.

Affirmed.

SLEET, C.J., and CASANUEVA and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.